# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANTONIO B. TAYLOR, | : | CIVIL ACTION NO. |
| DeKalb Cnty. ID # X0507036, | : | 1:17-CV-01069-RWS-JCF |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNNAMED, | : | HABEAS CORPUS |
| Respondent. | : | 28 U.S.C. § 2241 |

## **MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

On March 30, 2017, the Court ordered Petitioner to complete and submit a proper habeas petition form or civil complaint form, and to pay the appropriate filing fee or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*. (Doc. 2). The Court advised Petitioner that his failure to respond to the order within 28 days might result in the dismissal of this action. (*Id.*). Because Petitioner failed to respond, the Court ordered him on May 2, 2017 to show cause within 14 days why this case should not be dismissed because he had failed to obey a lawful order of the Court. Petitioner has again failed to respond.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED without prejudice**. *See* LR 41.3.A.(2), NDGa ("The court may, with or without notice

to the parties, dismiss a civil case for want of prosecution if [a petitioner] . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case[.]").

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 19th day of May, 2017.

                              /s/ *J. CLAY FULLER*
                              J. CLAY FULLER
                              United States Magistrate Judge

AO 72A
(Rev.8/82)