IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTONIO B. TAYLOR, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:17-CV-1069-RWS |
| | : | |
| UNNAMED RESPONDENT, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 4]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 4] is hereby approved and adopted as the opinion and order of this Court. As such, the petition is DISMISSED without prejudice for failure to obey a Court order. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 20th day of June, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)